IN THE SUPREME COURT OF TEXAS

 No. 10-0528

 IN RE PETROHAWK ENERGY CORPORATION, PETROHAWK PROPERTIES, LP, ONE TEC, LLC
 AND FLOYD C. WILSON

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for stay of trial, filed September 7, 2010, is
granted. The trial in Cause No. 348-228427-08, styled Petroquest Energy,
L.L.C. and Rtex, Inc. v. One TEC, L.L.C.; Petrohawk Energy Corporation;
Petrohawk Properties; L.P.; Floyd C. Wilson; Joseph Svoboda; and Jacqueline
Heide, in the 348th District Court of Tarrant County, Texas, set for
October 11, 2010, is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this September 10, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk